# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 24-CR-00024-TFM** |
| | ) | |
| **CHERYL ANN BRADLEY** | ) | |

## ORDER AND FORFEITURE MONEY JUDGMENT

This matter is before the Court on the United States motion for forfeiture money judgment. Based on the Information (Doc. 1) and the defendant's plea agreement and factual resume (Doc. 19), the motion is **GRANTED**.

WHEREAS, by virtue of said guilty plea, plea agreement and factual resume, the United States is now entitled to, pending possible appeal herein, the property subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) 28 U.S.C. § 2461(c) and *Fed. R. Crim. P. 32.2(b)(2)*, includes but is not limited to a money judgment in the amount of $88,626.94, as a result of her violation of 18 U.S.C. § 641, theft of government money.

NOW THEREFORE, IT IS HEREBY **ORDERED, ADJUDGED AND DECREED**:

That based on the foregoing and *Fed. R. Crim. P 32.2(b)(2)*, the above-described property is hereby forfeited to and vested in the United States of America for disposition in accordance with law, subject to the provisions of 21 U.S.C. § 853(n).

Pursuant to *Fed. R. Crim. P. 32.2(b)(4)(A) and (B)*, this forfeiture money judgment shall become final as to the defendant at the time it is entered and shall be made part of the sentence and judgment.

The United States may, at any time, move pursuant to *Fed. R. Crim. P. 32.2(e)* to amend this Forfeiture Money Judgment to include substitute property having a value not to exceed $88,626.94 to satisfy the money judgment, in whole or in part.

In accordance with 21 U.S.C. § 853(m) and *Fed. R. Crim. P. 32.2(e)* the United States is authorized to undertake whatever discovery may be necessary to identify, locate, or dispose of substitute assets to satisfy the money judgment.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to *Fed. R. Crim. P. 32.2(e)*.

DONE and ORDERED this 24th day of April 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE